J. G. ROBLES, *Appellant*, v. S. H. ROGERS, JR., TRUSTEE IN BANKRUPTCY, *Appellee.*

Opinion filed March 17, 1919.

An Appeal from a Decree of the Circuit Court within and for the County of Hillsborough; F. M. Robles, Judge.

Affirmed.

*H. P. Baya,* for Appellant;

*E. B. Drumright,* for Appellee.

PER CURIAM—This cause having been submitted to the Court at a former term upon the transcript of the record of the decree aforesaid, and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and adjudged by the Court that the said decree of the Circuit Court be, and the same is, hereby affirmed.

All concur.

---

LOUIS ATHANASAW, *Appellant,* v. HATTIE ATHANASAW, *Appellee.*

Opinion filed March 17, 1919.

Petition for rehearing denied April 21, 1919.

Affirmed.

17—Vol. 77.

---

---

An Appeal from a Decree of the Circuit Court within and for the County of Hillsborough; F. M. Robles, Judge.

*John P. Wall,* for Appellant

*Dickenson & Dickenson,* for Appellee.

PER CURIAM.—This cause having been submitted to the Court at a former term upon the transcript of the record of the decree aforesaid, and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and adjudged by the Court that the said decree of the Circuit Court be, and the same is, hereby affirmed.

All concur.

---

D. T. CARLTON, *Plaintiff in Error,* v. GULF FERTILIZER COMPANY, A CORPORATION, *Defendant in Error.*

Opinion filed March 17, 1919.

A Writ of Error to a Judgment of the Circuit Court within and for the County of DeSoto; F. A. Whitney, Judge.

Affirmed.

*Treadwell & Treadwell* and *John W. Burton,* for Plaintiff in Error;